IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
MAY 02 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 08-150-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| VICKIE DIANE BECKER, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 56) pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Vickie Diane Becker's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 1st day of May, 2019.

SUSAN P. WATTERS
United States District Judge

1